———o———

## No. 4610.

(Court of Appeal, Parish of Orleans.)

## IN RE. THOMAS J. MORAN, PRAYING FOR A WRIT OF POSSESSION.

Appeal from the Civil District Court, Division "B."

J. Zach Spearing, for Plaintiff and Appellant.

L. De Poorter, E. C. Kelly, R. E. Foster, Dinkelspiel, Hart & Davey, for Defendant and Appellees.

### ON MOTION TO DISMISS.

ESTOPINAL, J. For the reasons assigned in the case of

Thomas H. Heals vs. George Untereiner, decided this day, the motion to dismiss is denied.

Motion denied.

February 8th, 1909.

## ON RULE TO TAX COSTS.

A defendant in a rule to tax costs may not be permitted to reconvene therein for claims against the plaintiff in rule which do not constitute any part of the costs of suit.

MOORE, J. Subsequent to our final decree herein recognizing the Guttuerez heirs to be the owners of and entitled to the possession of certain real property which T. J. Moran had acquired at a tax sale, the former sued out in the Court below a rule against Moran to tax costs.

For return to that rule Moran averred that pending the main action he had paid certain taxes on the property in dispute as well as the price for which the property was adjudicated to him at the tax sale, and he sought by way of reconvention to recover the amounts alleged to be so paid from the plaintiff in rule.

The lower judge refused to entertain any demand in reconvention in such a proceeding and made the rule absolute for the sum of $108 which he found to be the amount due for costs.

Judgment appealed from is affirmed.

March 22, 1909.

Rehearing refused April 30, 1909.

Writ refused by Supreme Court, June 8, 1909.